UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDDY ARNOLDO SALAZAR-FLORES,<br><br>                    Defendant. | CRIMINAL NO. 1:17-CR-101 |

## NOTICE OF APPEARANCE

Please take notice that REBECCA L. CASTANEDA, attorney at law, appears in this case as counsel for Freddy Arnoldo Salazar Flores and requests that all future pleadings, orders, and correspondence be directed to her attention.

DATED THIS 16th day of May 2025.

Respectfully submitted,

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
Counsel for Freddy Arnoldo Salazar Flores

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on May 16, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic filing to all parties of record.

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
Counsel for Freddy Arnoldo Salazar Flores
