UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:17-CR-101 |
| v. | |
| FREDDY ARNOLDO SALAZAR-FLORES, | |
| Defendant. | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The Defendant, FREDDY ARNOLDO SALAZAR FLORES, through counsel, petitions this Honorable Court to continue his Status Conference that is scheduled for August 26, 2025, or in the alternative accept this pleading as a written status report and requests a sixty-day continuance. In support of his request, the Defendant states:

1. On May 30, 2017, the Defendant was charged with an indictment charging him with a conspiracy to possess with intent to distribute five kilograms or more of cocaine knowing it would be imported into the United States.

2. On May 15, 2025, the Defendant was arraigned before Magistrate Judge G. Michael Harvey and entered a plea of not guilty.

3. Counsel is currently reviewing the discovery.

4. Counsel does not anticipate this case going to trial.

5. Counsel for the Defendant is filing this request in consultation with government counsel, who joins this request.

6. Counsel requests an additional 60-day status hearing continuance.

7. This request is made in good faith and is not made for the purpose of unreasonable delay.

7.      Accordingly, the parties request that the Court continue the August 26, 2025, status hearing to the week of October 27, 2025, or as soon thereafter as the Court is available.

8.      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties believe that the ends of justice served by the tolling of the Speedy Trial clock until the next scheduled hearing in this matter outweigh the interest of the public and the Defendant in a speedy trial.  Such time is necessary to allow counsel to review the discovery and discuss with the Defendant, and assess the possibility of resolution short of trial.  A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

DATED this 14th day of August 2025.

Respectfully submitted,

/s/ Douglas Meisel
Douglas Meisel
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on August 14, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to all counsels of record.

By:   */s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780