UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDDY ARNOLDO SALAZAR-FLORES,<br><br>    Defendant. | CRIMINAL NO. 17-CR-101 (CKK) |

## ORDER

This matter having been brought to the Court in the parties' Joint Motion to Continue Status Hearing, dated August 14, 2025, wherein the parties requested this Court continue the status hearing currently scheduled for August 26, 2025, to the week of October 27, 2025, or as soon thereafter as the Court is available, and issue an Order pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and for good cause having been shown,

IT IS ORDERED that the status hearing scheduled for August 26, 2025, is CONTINUED to _____.

IT IS THE FINDING OF THIS COURT, having considered the parties' Joint Motion to Continue the Status Hearing, that the ends of justice served by a tolling of the Speedy Trial clock until the next hearing outweighs the best interest of the public and the defendant in a speedy trial. Such time is necessary to assess the possibility of a resolution short of trial based on the government's anticipated supplemental discovery production(s). A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED, that for the purpose of computing the time within which the trial must commence, the period of August 26, 2025, and the date of the next hearing in this matter, _____, 2025, shall be deemed an excludable period pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv)..

 

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE