UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 17-CR-101** |
| v. | |
| **FREDDY ARNOLDO SALAZAR FLORES,** also known as "Fredy," "Freshco," "Boyca," "Boyka," "Torojo," "Flaquillo," and "Flaco" | |
| **Defendant.** | |

## PARTIES' PROPOSED JOINT DISCOVERY PLAN

In response to the Court's August 19, 2025, Minute Order, the parties hereby set out their proposed Joint Discovery Plan.

On May 30, 2017, a grand jury sitting in the District of Columbia returned an Indictment (the "Indictment") against the Defendant, charging him with conspiring to distribute five or more kilograms of cocaine, intending, knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960, and 963. On May 14, 2025, the Defendant surrendered to U.S. authorities in Belize and was transported to the United States on the same day. On May 15, 2025, the Defendant made his initial appearance and was arraigned. On May 27, 2025, the Court entered a Protective Order governing discovery in this case (D.E. 23).

On June 4, 2025, the Government produced an initial tranche of approximately 20 gigabytes of discovery to the Defendant. This production consisted of reports of the Defendant's prior statements, intercepted BlackBerry communications, documents relating to drug seizures,

video recordings, transcripts of recorded conversations, ledgers tracking illicit drug purchases, photographs, and other discoverable materials.

In addition to those materials, the Government has sought and recently obtained an Order from the District of Arizona unsealing several wiretap applications and related materials pertinent to this case, and it expects to produce the discoverable materials by September 30, 2025. This second production will complete the Government's Rule 16(a)(1)(A), (B), (D), (E), and (F) discovery. The Government will disclose any expert witness material discoverable under Rule 16(a)(1)(G) at a later time in accordance with any pre-trial schedule determined by this Court. Consistent with its ongoing discovery obligations, to the extent the Government identifies any additional discoverable material, it will promptly produce it.

The Government understands and will comply with its continuing obligation to produce any information "favorable to an accused" that is "material either to guilt or to punishment" under *Brady v. Maryland*, 373 U.S. 83, 87 (1963).

The Government will also furnish the defense before trial with information or material regarding payments, promises of immunity, leniency, or preferential treatment, if any, made to prospective witnesses within the scope of *Giglio v. United States*, 405 U.S. 150 (1972) and *Napue v. Illinois*, 360 U.S. 264 (1959). The Government will furnish before trial information or material regarding any prior convictions of any co-conspirator, accomplice or informant who may testify at trial for the Government.

Finally, the Government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500 at least two weeks before trial.

The Government has requested reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The Government has also requested that the Defendant disclose prior

statements of witnesses who will be called by the defendant to testify no later than the commencement of trial. *See* Fed. R. Crim. P. 26.2. Finally, the Government has requested that the Defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence. The Defendant has indicated that this information will be provided in advance of any trial.

    The parties are working diligently to resolve this matter without the need for trial and will update the court on their efforts at the next scheduled status hearing on October 27, 2025. Respectfully submitted Monday, August 25, 2025.

                                      MARLON COBAR, Chief
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      U.S. Department of Justice

                By:      */s/ Ligia Markman*
                           Ligia Markman
                           Douglas Meisel
                           Josh Katcher
                           Trial Attorneys
                           Narcotic and Dangerous Drug Section
                           Criminal Division
                           U.S. Department of Justice
                           145 N Street, Northeast
                           Washington, D.C. 20530
                           (202) 794-2219
                           Ligia.Markman@usdoj.gov

                           */s/ Rebecca L. Castaneda*
                           Rebecca L. Castaneda
                           Florida Bar No. 1007926
                           Rebecca@CastLF.com
                           The Castaneda Law Firm PLLC
                           506 N. Armenia Avenue
                           Tampa, Florida 33609-1703
                           (813) 694-7780

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via ECF to counsel of record, on Monday, August 25, 2025.

                                      By:    */s/ Ligia Markman*
                                                    Ligia Markman
                                                    Trial Attorney
                                                    Narcotic and Dangerous Drug Section
                                                    Criminal Division
                                                   U.S. Department of Justice